FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD
DEC 17 2012
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRANDON KANESHIGE KAONOHI, ) <br> ) <br> Defendant. ) | 2:12-CR-161-JCM-(CWH) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 17, 2012, defendant BRANDON KANESHIGE KAONOHI pled guilty to Count Three of a Four-Count Criminal Indictment charging him in Count Three with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. __.

This Court finds defendant BRANDON KANESHIGE KAONOHI agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars, and the Plea Memorandum. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 10; Plea Memorandum, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Bill of Particulars and agreed to in the Plea Memorandum and the offense to which defendant BRANDON KANESHIGE KAONOHI pled guilty.

. . .

1   The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2   2253(a)(1) and 2253(a)(3):

3   (a)   Desktop Computer S/N # 11147144121000256;
4   (b)   External Hitachi Hard Drive S/N # F30LP9GD;
5   (c)   External Seagate Hard Drive S/N #2GHNNJ66;
6   (d)   Sprint Cellular Telephone SPH-M900 S/N # DEC268435459004978301;
7   (e)   Photo Album Containing Printed Pictures of Child Pornography:
8   (f)   Pair of minor female underwear;
9   (g)   2 Hardbound Books Containing Child Erotica/Pornography;
10  (h)   12 Compact Discs; and
11  (i)   any book, magazine, periodical, film, videotape, or other matter which contains any
12        such visual depiction, which was produced, transported, mailed, shipped, or received;
13        computer images, including movie and still image files, depicting a minor engaging
14        in sexually explicit conduct and the diskettes and hard drives on which they are
15        maintained.

16  This Court finds the United States of America is now entitled to, and should, reduce the
17  aforementioned property to the possession of the United States of America.

18  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
19  United States of America should seize the aforementioned property.

20  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
21  BRANDON KANESHIGE KAONOHI in the aforementioned property is forfeited and is vested in
22  the United States of America and shall be safely held by the United States of America until further
23  order of the Court.

24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
25  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
26  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

1 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
2 the name and contact information for the government attorney to be served with the petition,
3 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

4     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
5 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

6     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
7 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
8 following address at the time of filing:

9     Michael A. Humphreys
    Assistant United States Attorney
10     Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
11     Las Vegas, Nevada 89101.

12     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
13 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
14 following publication of notice of seizure and intent to administratively forfeit the above-described
15 property.

16     DATED this 17th day of Dec, 2012.

17
18
19
20                                   UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26