FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 18 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:12-CR-161-JCM-(CWH) |
| BRANDON KANESHIGE KAONOHI, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On December 18, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (3) based upon the plea of guilty by defendant BRANDON KANESHIGE KAONOHI to the criminal offense, forfeiting specific property alleged in the Criminal Indictment and Bill of Particulars and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant BRANDON KANESHIGE KAONOHI pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 10; Change of Plea Minutes, ECF No. 25; Plea Agreement, ECF No. 26; Preliminary Order of Forfeiture, ECF No. 27.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 23, 2012, through January 21, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 29.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Desktop Computer S/N # 111471144121000256;
2. External Hitachi Hard Drive S/N # F30LP9GD;
3. External Seagate Hard Drive S/N #2GHNNJ66;
4. Sprint Cellular Telephone SPH-M900 S/N # DEC268435459004978301;
5. Photo Album Containing Printed Pictures of Child Pornography:
6. Pair of minor female underwear;
7. 2 Hardbound Books Containing Child Erotica/Pornography;
8. 12 Compact Discs; and
9. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

1 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 | certified copies to the United States Attorney's Office.
3 | DATED this \_\_18th\_\_ day of \_\_March\_\_, 2013.
4 |
5 |
6 | UNITED STATES DISTRICT JUDGE