# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**April 3, 2020**

Name of Offender: **Brandon Kanesige Kaonohi**

Case Number: **2:12CR00161**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **March 18, 2013**

Original Offense: **Receipt of Child Pornography**

Original Sentence: **97 months prison, followed by a lifetime term of supervised release**

Date Supervision Commenced: **May 3, 2020**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

## CAUSE

On March 13, 2013, Your Honor sentenced Kaonohi to 97 months imprisonment, followed by a lifetime term of supervised release for committing the offense of Receipt of Child Pornography. Kaonohi is scheduled to commence his term of supervised release on May 3, 2020.

Kaonohi is currently completing his term of imprisonment at the Residential Reentry Center. Kaonohi does not have a viable residence at this time and is unlikely to secure adequate housing by May 3, 2020. As such, the undersigned officer respectfully requests that Kaonohi's conditions be modified to include up to 90 days at the Residential Reentry Center. If Your Honor is amenable, the Court could also order that subsistence payments be waived during this

time to allow Kaonohi to save his money to secure his own housing. Kaonohi is in agreement with this modification as evidenced by his signature on the attached Probation 49 form.

Please contact the undersigned officer at (702) 278-8528 or tawni_salem@nvp.uscourts.gov with any questions or concerns.

Respectfully submitted,
Tawni Lea Salem
2020.04.06 21:09:48 -07'00'

Tawni Salem
Senior United States Probation Officer

Approved:

Benjamin Johnson
2020.04.06 12:18:41 -07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐ No Action.

☐ The extension of supervision as noted above.

X  The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

Signature of Judicial Officer

April 10, 2020
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

Witness _____  Signed _____
U.S. Probation Officer                          Probationer or Supervised Releasee

Date 3/30/2020

WITNESS _____
C. Clark